UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| CEODIS BAKER, ) | |
| LINDA BAKER, ) | CASE NO. 10-32065-DHW |
| ) | |
| Debtors. ) | |

## OBJECTION TO DEBTORS' PLAN OF REORGANIZATION
[Internal Revenue Service]

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, on behalf of the United States Department of the Treasury, Internal Revenue Service (Service) to Object to Confirmation of the Debtors' Plan of Reorganization, and as grounds therefore states as follows:

1. On August 3, 2010, the Debtors filed for Chapter 13 relief and proposed a Zero Percent Plan which failed to provide for specified monthly payments to the Service on secured debts. The Plan is set for confirmation in Montgomery, AL on October 25, 2010. [Docs. # 1, 2, 9].

2. On September 9, 2010, the Service timely filed a Proof of Claim, for a total amount of $ 44,565.99, of which $9,000.00 was classified as secured as Notices of Federal Tax Liens were filed in the Office of the Judge of Probate of Lowndes County, Alabama and the Alabama Secretary of State Office; $30,243.33 was classified as priority; and $5,322.66 was classified as unsecured general. A portion of the priority claim were estimated as records of the Service reflect that the Debtors have not filed Income Tax returns for tax years 2008 and 2009; Form 941 withholding taxes for the 3rd quarter of 2005; Form 940 federal unemployment taxes for tax years 2008, 2009, 2010. [Claim # 10-1].

3. The Service objects to the Plan on the grounds that there are no provisions to pay the secured claim taxes.

4. The Service objects to the Plan in that its overall feasibility cannot be ascertained until all returns are filed, processed, and assessed, and an amended proof of claim filed.

5. A Motion to Compel has been filed this date to elicit the prompt filing of the required returns.

6. The priority and secured claims of the United States must be paid in full in a Chapter 13 case unless it agrees to contrary treatment. 11 U.S.C. §§ 1322(a)(2); 1325(a)(1); In re Morgan, 182 F.3d 775, 777 (11th Cir. 1999); In re Escobedo, 28 F.3d 34, 35 (7th Cir. 1994); Ekke v. United States, 133 B.R. 450, 452-53 (S.D. Ill, 1991)(Revocation of confirmation affirmed as plan did not provide for full payment of priority claim); In re Jackson, 189 B.R. 206, 211 (Bankr. M.D. Ala, 1994). As the statute uses the word "agree", only an express agreement by the priority creditor allows a Court to confirm a plan with less than full payment. In re Ferguson, 26 B.R. 672, 673 (Bankr. S.D. Ohio, 1982). The Service does not agree to waive its priority in this proceeding.

WHEREFORE, the United States prays that this Court deny confirmation of the Debtors' Plan until the unfiled federal tax returns have been filed, processed, and an amended proof of claim filed. At that time the Debtors' plan will need to provide for full payment of the secured and priority claims of the Service.

2

Respectfully submitted this the 14th day of September, 2010.

        LEURA G. CANARY
        UNITED STATES ATTORNEY


        /s/ Patricia Allen Conover
        PATRICIA ALLEN CONOVER
        Assistant United States Attorney
        ASB-2214-R64P
        Patricia.Conover@usdoj.gov

P.O. Box 197
Montgomery AL 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7201

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of September, 2010, I served a copy of the foregoing document, Objection to Debtors' Plan of Reorganization, on all parties listed below by the methods stated:

Teresa Jacobs
U.S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104
[electronic service]

Curtis C. Reding
Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101
[electronic service]

Richard D. Shinbaum
Attorney for the Debtors
Shinbaum, McLeod & Campbell
P. O. Box 201
Montgomery, AL 36101
[electronic filing]

Ceodis Baker
Linda Baker
634 Freedom Road
Hayneville, AL 36040
[United States Postal Service]


        /s/ Patricia Allen Conover
        PATRICIA ALLEN CONOVER
        Assistant United States Attorney