UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
  LINDA BAKER )
  CEODIS BAKER ) CASE NO. 10-32065-DHW-13
    Debtor(s). )

## OBJECTION TO CONFIRMATION

Now comes HAINJES INC., by its attorneys, Chambless Math    Carr, P.C., and objects to confirmation of the Debtor s proposed plan and in support thereof states as follows:

1. This creditor has filed a claim in the amount of $11,134.33 secured by VARIOUS AND NUMEROUS ITEMS OF FURNITURE purchased over the last three to four years. The total purchase price of the collateral is over $26,000.00.

2 The collateral securing the debts of the creditor is grossly undervalued and/or the specified monthly payment is insufficient to provide this creditor with adequate protection against depreciation of its interest over the term of the plan. This creditor contends that it could sell the used furniture in am amount of at least 50% of the original sales price. This creditor should be secured in the amount filed.

3. The plan fails to provide an appropriate adequate protection payment amount. Adequate protection payments should be in amount equal to approximately 1% of the value of the collateral or $110.00 per month.

WHEREFORE, HAINJES INC., prays for an Order denying confirmation along with such further relief as the Court may deem proper.

                                        HAINJES INC.

                                        By: /s/ Leonard N. Math

Of Counsel:
Chambless Math    Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this September 22, 2010.

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101

Richard D. Shinbaum
SHINBAUM, McLEOD & CAMPBELL
P.O. BOX 201
MONTGOMERY AL 36101

LINDA BAKER
CEODIS BAKER
634 FREEDOM ROAD
HAYNEVILLE AL 36040

/s/ Leonard N. Math