IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CEODIS BAKER, ) | CHAPTER 13 |
| LINDA BAKER, ) | CASE NO. 10-32065 |
| ) | |
| DEBTORS. ) | |

## OBJECTION TO CONFIRMATION

COMES NOW First Citizens Bank, by and through its attorney of record, and objects to the confirmation of the above-styled Chapter 13 bankruptcy case. As grounds for said objection, First Citizens Bank would show this Court as follows:

1. Debtors filed this voluntary Chapter 13 case on to-wit: August 3, 2010. In this case, Debtors proposed to pay First Citizens Bank directly, specifically the debt secured by the following real and personal property:

> 1st and 2nd mortgage on 0.7 acres, more or less and improvements, located on County Road 23 Whitehall, AL, described on mortgage dated 07-02-04 and mortgage dated 06-28-06 recorded in Lowndes County, AL

> 1st mortgage on 80 acres, more or less, of bare land located in Lowndes County, recorded in Lowndes County, described on mortgage dated 09-15-04

> 1st lien on all equipment and contents in the store with all accessions and accessories added to or used in connection with such equipment and contents.

2. Debtors have not provided for the curing of any arrearage in their Chapter 13 plan. However, Debtors are past due for the July 1, 2010 through September 1, 2010 payments in the total amount of Six Thousand Seven Hundred Thirty-one and 17 ($6,731.17) Dollars, excluding attorney's fees.

3. Further, First Citizens Bank has not been provided with any information showing that Debtors have insurance coverage on said property.

WHEREFORE, THE PREMISES CONSIDERED, First Citizens Bank would respectfully request that confirmation of Debtors' plan be denied or continued until Debtors have brought First Citizens Bank's account current and provide proof of insurance on the real property. Furthermore,

if Debtors' plan is confirmed, First Citizens Bank would request this Honorable Court to enter a 30-day "drop-dead" order on future payments, so if Debtors fail to make future payments and any payment is more than thirty (30) days late, the stay will automatically lift and First Citizens Bank will be free to foreclose its interest in the property. First Citizens Bank requests whatever other or additional relief to which it is entitled.

        Respectfully submitted,

        PARNELL & CRUM, P.A.

        /s/ Charles N. Parnell, III
        By:   CHARLES N. PARNELL, III
              Attorney for First Citizens Bank

OF COUNSEL:
PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day electronically mailed or placed in the U.S. mail, postage prepaid, an exact copy of the foregoing Objection to Confirmation to the following parties, this the __28th__ day of September, 2010.

| | |
|---|---|
| Hon. Curtis C. Reding<br>Trustee<br>Post Office Box 173<br>Montgomery, Alabama 36101 | Hon. Richard Shinbaum<br>Attorney for Debtors<br>Post Office Box 201<br>Montgomery, Alabama 36101 |
| Hon. Teresa Jacobs<br>Bankruptcy Court Adm.<br>One Church Street<br>Montgomery, Alabama 36104 | Ceodis and Linda Baker<br>Debtors<br>634 Freedom Road<br>Hayneville, Alabama 36040 |

        /s/ Charles N. Parnell, III
        CHARLES N. PARNELL, III